Decided April 24, 2003

## SENCO, INC. *v.* FOX-RICH TEXTILES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 442 (AC 22539), is denied.

*Bruce G. MacDermid,* in support of the petition.

Decided April 24, 2003